Kevin J. Holl, SBN 124830
**GORDON-CREED, KELLEY,**
**HOLL, ANGEL & SUGERMAN, LLP**
50 California Street, 34th Floor
San Francisco, California 94111
Tel: (415) 421-3100
Fax: (415) 421-3150
holl@gkhs.com

Attorneys for Defendant
CHARMING CHARLIE MARKET, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADSTONE LAND, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING CHARLIE MARKET, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

    The Court having considered Charming Charlie Markets, Inc's Motion to Dismiss finds that the Motion should be granted.

    IT IS THEREFORE ORDERED that the fraud claims against Charming Charlie Markets, Inc's are dismissed; and

    IT IS FURTHER ORDERED that all claims against the Does 1-10 are dismissed.

Dated _____, 2022                _____
                                                                 Judge Presiding