

# United States District Court
# Eastern District of California

Broadstone Land, LLC

Plaintiff(s)

V.

Charming Charlie Markets, Inc.

Defendant(s)

Case Number: 2:22-CV-01091-JAM-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Katherine Leslie-Anne Tempone hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Charming Charlie Markets, Inc.

On 11/04/2005 (date), I was admitted to practice and presently in good standing in the State of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 7/12/2022        Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Katherine Leslie-Anne Tempone
Law Firm Name: Hendershot Cowart, P.C.
Address: 1800 Bering, Suite 600

City: Houston   State: TX   Zip: 77057
Phone Number w/Area Code: (713) 783-3110
City and State of Residence:
Primary E-mail Address: kcowart@hchlawyers.com
Secondary E-mail Address: rainsworth@hchlawyers.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kevin Holl
Law Firm Name: Gordon-Creed, Kelley, Holl, Angel, & Sugerman, LLC
Address: 50 California St, 34th Floor

City: San Francisco   State: CA   Zip: 94111
Phone Number w/Area Code: (415) 421-3100   Bar #: 124830

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 19, 2022

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT