# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADSTONE LAND, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHARMING CHARLIE MARKET, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:22-cv-01091-JAM-AC<br><br>**CONSENT JUDGMENT** |

Upon the offer of judgment made by of Charming Charlie Markets, Inc. ("Charming Charlie Markets"), the Court finds that:

1. Broadstone Land, LLC ("Plaintiff") filed its First Amended Complaint on August 15, 2022.

2. On December 13, 2022, the Court dismissed all claims and causes of action in the First Amended Complaint except for Broadstone Land, LLC's breach of lease/contract claim against Charming Charlie Markets.

3. Charming Charlie Markets consents to the entry of Judgment in favor of Plaintiff and against Charming Charlie Markets on the breach of lease/contract claim in the of THREE HUNDRED AND EIGHTY-SEVEN THOUSAND NINE HUNDRED SIXTY-EIGHT DOLLARS AND ZERO CENTS ($387,968.00), as confirmed by its signature below.

**THEREFORE, IT IS HEREBY ORDERED** that judgment is rendered in favor of Plaintiff, Broadstone Land, LLC and against Defendant, Charming Charlie Markets, Inc., on the breach of lease/contract claim only in the sum of THREE HUNDRED AND EIGHTY-SEVEN THOUSAND NINE HUNDRED SIXTY-EIGHT DOLLARS AND ZERO CENTS ($387,968.00), inclusive of all damages, costs, interest, and fees.

**IT IS FURTHER ORDERED** that this is a final judgment disposing of all issues and all parties. All relief not granted herein is denied in its entirety.

**IT IS SO ORDERED.**

Dated: July 06, 2023                             /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE

We hereby consent to the form and entry of this Consent Judgment:

CHARMING CHARLIE MARKETS, INC.

    By:  /s/  Steven Lovell
    Name: Steven Lovell
    Title: President
    Date: June _23_, 2023

AND

BROADSTONE LAND, LLC

    By:  /s/  Stephen Hemington
    Name:  Stephen Hemington
    Title:  Executive Vice President
    Date: June _23_, 2023